**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOSE ELIAS KHALIFE-MEDINA,
A# 096-013-567,**

    Petitioner,

vs.                                   Case No. 4:19cv393-MCR-MAF

**WILLIAM BARR, et al.,**

    Respondents.
    _____/

## ORDER and REPORT AND RECOMMENDATION

The pro se Petitioner initiated this case on August 16, 2019, by submitting a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Petitioner sought release from detention and claimed it was not significantly likely that he would be removed to Venezuela in the reasonably foreseeable future. *Id.* Respondents filed a response to the petition, asserting that Petitioner had frustrated his removal. ECF No. 7. Petitioner disputed that assertion. ECF Nos. 9-10. Finding there was dispute of fact that could not properly be resolved on this record, an

evidentiary hearing was scheduled and counsel appointed to represent Petitioner.  ECF No. 12.

A motion to dismiss the case as moot as now been filed by Respondents.  ECF No. 16.  Respondents have shown that Petitioner was released from detention on an Order of Supervision.  ECF No. 16-1.  The motion also advises that the relief requested is not opposed.  The motion also requests that the evidentiary hearing be cancelled. ECF No. 16.

Petitioner's § 2241 petition did not challenge the final order of removal.  Rather, Petitioner sought only release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678, 121 S. Ct. 2491, 150 L. Ed. 2d 653 (2001).  Thus, because Respondents have demonstrated that Petitioner has now received the relief requested in this petition - release - the motion is granted.  In addition, the evidentiary hearing scheduled for June 11, 2020, is cancelled.

The Order of Supervision provides an address for Petitioner upon release.  Although counsel for Petitioner will receive this Order, the Clerk of Court shall also forward a copy of this Order and Report and Recommendation to Petitioner at his stated address upon release.  *See* ECF No. 16-1 at 6.  Absent the timely, and immediate filing of objections, this case will be dismissed.

Accordingly, it is

**ORDERED:**

1.  The motion requesting that the evidentiary hearing scheduled for June 11, 2020, be cancelled, ECF No. 16, is **GRANTED** and the Clerk of Court shall take all steps necessary to **CANCEL** the hearing.

2.  The Clerk of Court shall provide a copy of this Order and Report and Recommendation to Petitioner at his address listed in the Order of Supervision, ECF No. 16-1 at 6.

**Recommendation**

In light of the foregoing, it is respectfully **RECOMMENDED** that the unopposed motion to dismiss as moot, ECF No. 16, be **GRANTED**.

**IN CHAMBERS** at Tallahassee, Florida, on June 9, 2020.

 S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.