UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE ELIAS KHALIFE-MEDINA,

    Petitioner,

v.                                                                        CASE NO. 4:19cv393-MCR-MAF

WILLIAM BARR, et al.,

    Respondents.
_____/

# **O R D E R**

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated June 9, 2020. ECF No. 18. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

  2. The unopposed motion to dismiss the petition as moot, ECF No. 16, is **GRANTED.**

  3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of July, 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**